1  Sandra K. McBeth (138697)
   A Professional Law Corporation
2  2236 S. Broadway, Suite J
   Santa Maria, CA 93454
3  (805) 922-7914
   (805) 922-7915(fax)
4
   Attorney for Chapter 7 Trustee
5

6              UNITED STATES BANKRUPTCY COURT

7           FOR THE CENTRAL DISTRICT OF CALIFORNIA

8                      NORTHERN DIVISION

9

10 In re                          ) Case No. 9:14-BK-12318-DS
                                  ) Chapter 7
11 DOUGLAS M. WHITFIELD,          ) Adv. No. 9:15-AP-01091-DS
                                  )
12              Debtor.           ) **PROOF OF SERVICE OF STATUS**
                                  ) **CONFERENCE PROCEDURES**
13                                )
   _____ ) STATUS CONFERENCE
14                                ) DATE: February 22, 2016
   SANDRA K. MCBETH, CH. 7 TRUSTEE,) TIME: 1:30 p.m.
15                                ) PLACE: 1415 State St., Rm. 202
                Plaintiff.        )        Santa Barbara, CA 93101
16                                )
       vs.                        )
17                                )
   Leo Vitiritto                  )
18                                )
                Defendant.        )
19 _____ )

20

21

22

23

24

25

1

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: 2236 S. Broadway, Suite J, Santa Maria, CA

A true and correct copy of the foregoing document described <u>PROOF OF SERVICE OF STATUS CONFERENCE PROCEDURES</u> will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On <u>December 3, 2015</u>, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

United States Trustee (ND)            ustpregion16.nd.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On <u>December 3, 2015</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

The Honorable Deborah Saltzman     <u>Defendant</u>
US Bankruptcy Court                Leo Vitiritto
255 E. Temple St, Suite 1334       3110 E. Bighorn Ave
Los Angeles, CA 90012              Phoenix AZ 85048

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| December 3, 2015 | Donna Earnest | _/s/_ |
|---|---|---|
| Date | Type Name | Signature |